IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00930-WYD-MEH

COPPERSMITH PLUMBING, INC., on behalf of itself and all others similarly situated,

    Plaintiff,

v.

ZURN PEX, LLC, and
ZURN INDUSTRIES, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2008.**

    Plaintiff's Motion to Correct Caption [filed June 25, 2008; doc #11] is **granted**. The Clerk of the Court is directed to change the caption as reflected above, and to issue a corrected summons with the Defendants' proper names (*see* doc #11-3). Plaintiff's counsel is reminded of his obligation to comply with D.C. Colo. LCivR 10.1J.