IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00930-WYD-MEH

COPPERSMITH PLUMBING, INC., on behalf of itself and all others similarly situated,

      Plaintiff,

v.

ZURN PEX, LLC, and
ZURN INDUSTRIES, LLC,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2008.**

      The Stipulated Motion to Stay Deadlines Pending Rulings by the Judicial Panel for Multidistrict Litigation [filed July 30, 2008; doc #19] is **granted in part and denied in part**. The parties request an indefinite stay of the litigation; however, under the circumstances of this case, the Court finds it appropriate to grant a temporary stay pending a ruling on the Motion for Transfer. Therefore, the proceedings of this litigation are stayed for a period of 31 days from the date of the JPML hearing, or until August 31, 2008.

      The Scheduling Conference currently set for August 5, 2008 at 9:30 a.m. is hereby converted to a Status Conference by telephone. Counsel for the parties are directed to conference together and call my chambers at (303) 844-4507 at the applicable time.