IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00930-WYD-MEH

COPPERSMITH PLUMBING, INC., on behalf of itself and all others similarly situated,

      Plaintiff,

v.

ZURN PEX, LLC, and
ZURN INDUSTRIES, LLC,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 15, 2008.**

      The Stipulated Motion for Entry of Protective Order [filed August 14, 2008; doc #24] is **granted**. The Protective Order in this matter is filed contemporaneously with this order.