IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00930-WYD-MEH

COPPERSMITH PLUMBING, on behalf of itself and all others similarly situated,

    Plaintiffs,

v.

ZURN PEX, INC., and
ZURN INDUSTRIES, INC.,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for the Defendants in this action. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: August 26, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge