UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

September 16, 2008

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

08-cv-00930 - MSK - MEH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

Re: MDL No. 1958 -- IN RE: Zurn Pex Plumbing Products Liability Litigation

(See Attached CTO-1)

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 29, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Denise Morgan-Stone*
Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Ann D. Montgomery
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JPML Form 36

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 29 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ZURN PEX PLUMBING PRODUCTS
LIABILITY LITIGATION

MDL No. 1958

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 21, 2008, the Panel transferred one civil action to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Ann D. Montgomery.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Montgomery.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 21, 2008, and, with the consent of that court, assigned to the Honorable Ann D. Montgomery.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ZURN PEX PLUMBING PRODUCTS
LIABILITY LITIGATION**  MDL No. 1958

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| COLORADO | |
| CO 1 08-930 | Coppersmith Plumbing v. Zurn Pex, Inc., et al. |
| MONTANA | |
| MT 9 08-65 | Judith Nicodemus v. Zurn Pex, Inc., et al. |
| NORTH CAROLINA EASTERN | |
| NCE 7 08-76 | Steve Madison, et al. v. Zurn Industries, LLC, et al. |
| NORTH CAROLINA WESTERN | |
| NCW 3 08-220 | Brenda Rose, et al. v. Zurn Pex, Inc., et al. |
| VIRGINIA EASTERN | |
| VAE 3 08-302 | Don Vtipil v. Zurn Pex, Inc., et al. |

# IN RE: ZURN PEX PLUMBING PRODUCTS
# LIABILITY LITIGATION

MDL No. 1958

## INVOLVED COUNSEL LIST (CTO-1)

Allan H. Baris
MOORE O'CONNELL & REFLING PC
P.O. Box 1288
Bozeman, MT 59771-1288

David L. Black
HOLLAND & HART LLP
555 17th Street, #3200
P.O. Box 8749
Denver, CO 80201-8749

John P. Borger
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Daniel Kent Bryson
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482

Amy R. Freestone
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402-3901

Christopher G. Hill
DURRETTE BRADSHAW PLC
600 East Main Street, 20th Floor
Main Street Centre
Richmond, VA 23219

Patrick Joseph Mulligan, IV
BAIN & RODZIK
2909 Market Street
Wilmington, NC 28403

William Wayne Pollock
CRANFILL SUMNER & HARTZOG
P.O. Box 27808
Raleigh, NC 27611-7808

Shawn M. Raiter
LARSON & KING LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101-4922

Joel R. Rhine
LEA RHINE ROSBRUGH & CHLEBOROWICZ PLLC
314 Walnut Street
Suites 1000 & 2000
Wilmington, NC 28401

Jason S. Ritchie
HOLLAND & HART LLP
P.O. Box 639
Billings, MT 59103-0639

J. Gordon Rudd, Jr.
ZIMMERMAN REED PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Russell O. Stewart
FAEGRE & BENSON LLP
1700 Lincoln Street
Wells Fargo Center, # 3200
Denver, CO 80203-4532

Jason Richard Waters
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
8444 Westpark Drive
Suite 510
McLean, VA 22102

James F. Wyatt, III
WYATT & BLAKE LLP
435 East Morehead Street
Charlotte, NC 28202-2609

**IN RE: ZURN PEX PLUMBING PRODUCTS
LIABILITY LITIGATION**

MDL No. 1958

## INVOLVED JUDGES LIST (CTO-1)

Hon. Wiley Y. Daniel
U.S. District Judge
A1038 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Hon. Malcolm J. Howard
Senior U.S. District Judge
P.O. Box 5006
Federal Building
Room 306
Greenville, NC 27835

Hon. Donald W. Molloy
U.S. District Judge
P.O. Box 7309
Missoula, MT 59807-7309

Hon. Robert E. Payne
Senior U.S. District Judge
Lewis F. Powell, Jr. United States Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Hon. Martin Reidinger
U.S. District Judge
U.S. Courthouse
100 Otis Street
Suite 110
Asheville, NC 28801-2611

**IN RE: ZURN PEX PLUMBING PRODUCTS LIABILITY LITIGATION**  MDL No. 1958

## INVOLVED CLERKS LIST (CTO-1)

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Patrick E. Duffy, Clerk
P.O. Box 8537
Missoula, MT 59807-8537

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Fernando Galindo, Clerk
307 Lewis F. Powell, Jr. United States Courthouse
1000 East Main Street
Richmond, VA 23219-3525