Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 29 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ZURN PEX PLUMBING PRODUCTS
LIABILITY LITIGATION

MDL No. 1958

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 21, 2008, the Panel transferred one civil action to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Ann D. Montgomery.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Montgomery.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 21, 2008, and, with the consent of that court, assigned to the Honorable Ann D. Montgomery.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 1 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in __2__ sheet(s)
of the electronic record filed on 9/27/08
in the United States District Court
for the District of Minnesota.
CERTIFIED 9/23, 2008.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

SCANNED
SEP 22 2008
BS
U.S. DISTRICT COURT MPLS

IN RE: ZURN PEX PLUMBING PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1958

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **COLORADO** | | | |
| CO | 1 | 08-930 | Coppersmith Plumbing v. Zurn Pex, Inc., et al.  08-5235 |
| **MONTANA** | | | |
| MT | 9 | 08-65 | Judith Nicodemus v. Zurn Pex, Inc., et al.  08-5236 |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 7 | 08-76 | Steve Madison, et al. v. Zurn Industries, LLC, et al.  08-5237 |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 3 | 08-220 | Brenda Rose, et al. v. Zurn Pex, Inc., et al.  08-5238 |
| **VIRGINIA EASTERN** | | | |
| VAE | 3 | 08-302 | Don Vtipil v. Zurn Pex, Inc., et al.  08-5239 |